**Vincent DeLEON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73457.**

Missouri Court of Appeals, Western District.

July 31, 2012.

---

Susan Elizabeth Summers, Kansas City, MO, for appellant.

Daniel McPherson and Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

PER CURIAM:

Vincent DeLeon appeals the trial court's judgment overruling his Rule 29.15 motion for post-conviction relief. On appeal, DeLeon raises two claims of ineffective assistance of counsel. We affirm. Rule 84.16(b).